UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-00076 |
| | ) | Judge Haynes |
| JENNIFER M. MANSFIELD | ) | |

**MOTION FOR AN ORDER OF FORFEITURE
CONSISTING OF A $68,005.51
UNITED STATES CURRENCY MONEY JUDGMENT**

Based on Defendant Jennifer Mansfield's plea of guilty to the Information filed in the above-styled case, the United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves for an Order of Forfeiture consisting of a $68,005.51 United States currency Money Judgment against Defendant.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
Facsimile: 615 736-5323

1